UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Kindron,

                                    Plaintiff(s),

                                                                        **O R D E R**

            -against –

                                                                        7:19-CV-08368 (CS)


Finger Lakes Traffic Control L.L.C., et al.,

                                    Defendant(s).
-----------------------------------------------------------X
Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within thirty days of the date of this order,

Plaintiff may apply by letter within the thirty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  February 11, 2020

      White Plains, New York



_____

CATHY SEIBEL, U.S.D.J.